UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON LEAVENS,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICIA A STRAGNOLA, et al.,<br><br>        Defendants. | Case No.  14-cv-04937-KAW<br><br>**ORDER REGARDING JUDGMENT**<br><br>Re: Dkt. Nos. 24-28 |

On April 20, 2015, Plaintiff accepted Defendants' Rule 68 Offer of Judgment in the amount of "Thirty Thousand and One Dollars ($30,001.00), which sum 'shall include Plaintiff's attorney fees and costs of suit now accrued.'" (Pl.'s Acceptance, Dkt. No. 24.)

Pursuant to Federal Rule of Civil Procedure 68(a), "a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued." Fed. R. Civ. P. 68.  If the opposing party accepts the offer, "[t]he clerk must then enter judgment." *Id.*

Accordingly, since Plaintiff has explicitly accepted Defendants' offer of $30,001.00, which includes all attorneys' fees and costs now accrued, the Clerk is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: May 1, 2015

                                                                   _____<br>
                                                                   KANDIS A. WESTMORE<br>
                                                                   United States Magistrate Judge